IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC -6 PM 4: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ROYAL SURPLUS LINES INSURANCE COMPANY,

    Plaintiff,

THE INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, ET AL.,

    Intervening Plaintiffs,

VS.                      NO. 97-2499-MaV

SOFAMOR DANEK GROUP, INC.,

    Defendant/Counter-Plaintiff,

and

SOFAMOR DANEK GROUP, INC.,

    Plaintiff,

VS.

THE INSURANCE COMPANY OF THE STATE OF
PENNSYLVANIA, ET AL.,

    Defendants.

---

ORDER OF REFERENCE

---

    Before the court is the November 22, 2005, motion of Royal Surplus, The Insurance Co. of Pa., and New Hampshire Ins. Co., to compel plaintiff to respond to interrogatories and requests for production.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12-8-05_

463

The motion is hereby referred to the magistrate judge for a determination. Any exceptions to the magistrate's report shall be made within ten (10) days of the report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

It is so ORDERED this 6th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 463 in case 2:97-CV-02499 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

J. Richard Buchignani
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Lee J. Chase
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

William P. Kardaras
KARDARAS & KELLEHER
40 Wall Street
16th Floor
New York, NY 10005--130

Peter W. Kardaras
KARDARAS & KELLEHER
40 Wall Street
16th Floor
New York, NY 10005--130

Scott B. Peatross
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT