FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE 05 DEC 16 PM 12: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | | |
|---|---|---|
| ROYAL SURPLUS LINES INSURANCE COMPANY,<br>    Plaintiff, | ) | |
| | ) | |
| | ) | |
| THE INSURANCE COMPANY OF THE STATE OF<br>PENNSYLVANIA, and<br>NEW HAMPSHIRE INSURANCE COMPANY,<br>    Intervening Plaintiffs, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 97-2499 Ma V |
| | ) | |
| SOFAMOR DANEK GROUP, INC.,<br>    Defendant / Counter-Plaintiff. | ) | |
| | ) | |
| - and- | | |
| SOFAMOR DANEK GROUP, INC.,<br>    Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 02-2471 Ma V |
| | ) | |
| THE INSURANCE COMPANY OF THE STATE OF<br>PENNSYLVANIA, and<br>NEW HAMPSHIRE INSURANCE COMPANY,<br>    Defendants. | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING JOINT MOTION TO COMPEL

Before the court is the November 22, 2005 joint motion of SOFAMOR DANEK GROUP, INC. ("SDG"), THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ("ISOP") and NEW HAMPSHIRE INSURANCE COMPANY ("NHIC") (collectively referred to as the "parties") for an order pursuant to Fed. R. Civ. P. 37, compelling responses to interrogatories and requests for production. The Court finds that all parties to this action consent to the entry of this order and that the motion should therefore be granted for good cause shown.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12-19-05_

464

IT IS THEREFORE ORDERED that:

1)      Sofamor Danek Group, Inc., shall provide responses to the following discovery within 60 days of the entry of this order:

ISOP's FIRST SET OF INTERROGATORIES:  Interrogatory Numbers 6, 7, and 8;

NHIC's FIRST SET OF INTERROGATORIES:  Interrogatory Numbers 6, 7 and 8;

NHIC and ISOP's JOINT SECOND SET OF INTERROGATORIES:  Interrogatory Numbers 1 and 3;

ISOP and NHIC's JOINT THIRD SET OF INTERROGATORIES:  Interrogatory Numbers 1 and 2;

NHIC's FIRST REQUEST FOR PRODUCTION:  Request Numbers 5, 6, 8, 14, 18, 19, 20, 21, 22 and 23;

ISOP's FIRST REQUEST FOR PRODUCTION:  Request Numbers 5, 6, 8, 14, 18, 19, 20, 21, 22 and 23;

NHIC and ISOP's JOINT SECOND REQUEST FOR PRODUCTION:  Request Numbers 1, 2, 3, 4, 5, 6 and 7;

ISOP and NHIC's JOINT THIRD REQUEST FOR PRODUCTION:  Request Numbers 3, 4, 5, 7, 8, 9, 10 and 11.

2)      New Hampshire Insurance Company and the Insurance Company of the State of Pennsylvania shall provide responses to the following discovery within 60 days of the entry of this order:

SDG's REQUEST FOR PRODUCTION:  Request Number 5, 10, 17, and 27-45. Numbers 27 through 45 need only be responded to as to disputed claims.

It is so ORDERED, this _15ᵗʰ_ day of December, 2005.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 464 in case 2:97-CV-02499 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

J. Richard Buchignani
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Scott B. Peatross
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Larry Montgomery
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

William P. Kardaras
KARDARAS & KELLEHER
40 Wall Street
16th Floor
New York, NY 10005--130

Peter W. Kardaras
KARDARAS & KELLEHER
40 Wall Street
16th Floor
New York, NY 10005--130

Lee J. Chase
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103


Honorable Samuel Mays
US DISTRICT COURT